UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOMACO SIMS #237416,

    Petitioner,

v.

BARRY DAVIS, warden,

    Respondent.
_____/

File No. 2:10-CV-139

HON. ROBERT HOLMES BELL

**O P I N I O N**

On May 16, 2013, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Petitioner's § 2254 petition for a writ of habeas corpus (Dkt. No. 1) be dismissed. (Dkt. No. 21.) No objections have been filed, and the extended deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the May 16, 2013, R&R (Dkt. No. 21) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's § 2254 petition for a writ of habeas corpus (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: July 16, 2013                  /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE